NO. 07-09-0225-CV
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL E

 OCTOBER 25, 2010

 ______________________________

 INTERSTATE FIRE AND CASUALTY COMPANY AND 
 UNITRIN COUNTY MUTUAL INSURANCE COMPANY, APPELLANTS

 V.

 GREAT WESTERN DRILLING LTD. D/B/A 
 GREAT WESTERN DRILLING COMPANY, APPELLEE

 _________________________________

 FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;

 NO. 07-04-20833; HONORABLE PAT PHELAN, JUDGE

 _______________________________

Before CAMPBELL and PIRTLE, JJ. and BOYD, S.J.
 MEMORANDUM OPINION
 Pending before this Court is a Motion to Dismiss and Remand in which the parties represent they have reached a settlement and no longer wish to pursue this appeal. The motion is signed by counsel for all parties to this appeal. Pursuant to Rule 42.1(a)(2)(B), we grant the motion, set aside the trial court's judgment as it pertains to the parties to this appeal, and without passing on the merits of the appeal, remand the cause to the trial court for the parties to effectuate their settlement agreement. Having granted relief at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

 Patrick A. Pirtle
 Justice